1  SIDNEY J. COHEN, ESQ., State Bar No. 39023
   SIDNEY J. COHEN PROFESSIONAL CORPORATION
2  427 Grand Avenue
   Oakland, CA 94610
3  Telephone: (510) 893-6682

4  Attorneys for Plaintiff
   HOLLYNN DELIL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HOLLYNN DELIL, | CASE NO. C 04-3660 BZ |
|---|---|
| Plaintiff, | <u>Civil Rights</u> |
| v. | |
| LOS ROBLES LODGE; LOS ROBLES RESTAURANT; INDERJIT KALIA; JOY MUKHERJI; MCHUGH PROPERTIES, LLC.; and DOES 1-25, Inclusive, | **STIPULATION AND [PROPOSED] ORDER TO PERMIT PLAINTIFF TO AMEND THE COMPLAINT** |
| Defendants. | (FRCP 15) |

Stipulation To Amend Complaint

1  The parties to this action, through their counsel, hereby stipulate to an order granting
2  leave to Plaintiff to file a third amended complaint for the purpose of adding Los Robles Shopping
3  Center, LLC as a defendant in the action, and alleging facts that have been discovered subsequent
4  to the filing of the original, first, and second amended complaints, and within 60 days of the date
5  of this Stipulation.
6  This Stipulation may be signed in counterparts and a facsimile signature shall be as
7  binding as an original.

8  Date: 11/29/05    SIDNEY J. COHEN
                     PROFESSIONAL CORPORATION
9
                     /s/ Sidney J. Cohen
10
                     _____
                     Sidney J. Cohen, Esq.
11                   Attorney for Plaintiff

12  Date: 11/28/05   ABBEY, WEITZENBERG, WARREN,
                     & EMERY
13
                     /s/ Lewis R. Warren
14
                     _____
15                   Lewis R. Warren, Esq.
                     Attorney for All Defendants
16                   Except MCHUGH PROPERTIES, LLC.

17                              ORDER
18  Pursuant to the foregoing Stipulation, it is so ordered.
19
20  DATED: Nov. 30, 2005
21                              _____
                                Bernard Zimmerman
                                UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED* /s/ Bernard Zimmerman, Judge Bernard Zimmerman — United States District Court, Northern District of California

Stipulation To Amend Complaint        -1-

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ALAMEDA

I am employed in the County of Alameda, California. I am over the age of eighteen years and not a party to the within cause. My business address is 427 Grand Avenue, Oakland, California 94610. On November 29, 2005 I served the foregoing "STIPULATION AND [PROPOSED ] ORDER TO PERMIT PLAINTIFF TO AMEND THE COMPLAINT" on the parties identified and by the method(s) designated below:

| | |
|---|---|
| Lewis R. Warren<br>Abbey, Weitzenberg,<br>Warren & Emery<br>100 Stony Point Road<br>Suite 200<br>Santa Rosa, CA 94104 | Bruce E. Copeland<br>Nixon Peabody LLP<br>Two Embarcadero Center<br>San Francisco, CA 94111 |

**SERVICE BY MAIL**

[X] I placed a true copy thereof enclosed in a sealed envelope addressed as set forth above and I deposited such envelope with postage thereon fully prepaid in the United States mail.

**PERSONAL DELIVERY**

[ ] I personally delivered the documents to the address listed above.

**SERVICE BY EXPRESS SERVICE CARRIER**

[ ] I caused such envelope to be deposited in a box regularly maintained by the Express Service Carrier, or delivered to an authorized Courier or Driver.

**FACSIMILE TRANSMISSION**

[ ] I caused the document identified in this Proof of Service to be transmitted by Facsimile Transmission to the telephone number listed adjacent to the name on this Proof of Service.

I declare under penalty of perjury that the foregoing is true and correct, and that this Proof of Service was executed on November 29, 2005.

/s/ Sidney J. Cohen

Sidney J. Cohen

-3-