Case 3:04-cv-03660-BZ   Document 43   Filed 12/05/2005   Page 1 of 3

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
LEWIS R. WARREN, ESQ., State Bar 115411
100 Stony Point Road, Suite 200
P.O. Box 1566
Santa Rosa, CA 95402-1566
(707) 542-5050
(707) 542-2589 Fax
Attorneys for Defendants, INDERJIT KALIA and JOY MUKHERJI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN DELIL,<br><br>  Plaintiff,<br><br>  v.<br><br>LOS ROBLES LODGE; LOS ROBLES RESTAURANT; INDERJIT KALIA; JOY MUKHERJI; CHOICE HOTELS INTERNATIONAL, INC.; MCHUGH PROPERTIES, LLC; and DOES 1-25, Inclusive,<br><br>  Defendants. | Case No. C 04-3660 BZ<br><br>Civil Rights<br><br>**REQUEST TO ATTEND INITIAL CASE MANAGEMENT CONFERENCE VIA TELEPHONE; PROPOSED ORDER THEREON**<br><br>Date:  December 12, 2005<br>Time:  4:00 p.m.<br>Courtroom: G<br><br>[L.R.C.P. 16-10(a)] |

Pursuant to Local Rule of Civil Procedure 16-10(a), Lewis Warren, counsel for Defendants, INDERJIT KALIA and JOY MUKHERJI, hereby requests to appear telephonically [(707) 542-5050] at the Initial Case Management Conference scheduled in Courtroom G at 4:00 p.m. on December 12, 2005.

Said counsel hereby served a copy of this request on counsel for all parties.

Dated:  December 5, 2005            ABBEY, WEITZENBERG,
                                    WARREN & EMERY, P.C.


                                    By _____
                                    Lewis R. Warren
                                    Attorneys for Defendants,
                                    Inderjit Kalia and Joy Mukherji

-1-

## ORDER

Having read the above request to attend the Initial Case Management Conference via telephone, and good cause appearing therefor,

IT IS HEREBY ORDERED that Lewis Warren, counsel for Defendants is hereby permitted to appear telephonically at the Initial Case Management Conference scheduled in Courtroom G at 4:00 p.m. on December 12, 2005.

Dated: 6 Dec 05

JUDGE OF THE U.S. DISTRICT COURT

-2-

## PROOF OF SERVICE

I am a citizen of the United States and employed in the County of Sonoma, California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is 100 Stony Point Road, Suite 200, Santa Rosa, California 95401.

On the date below, I served the following document(s):

**REQUEST TO ATTEND INITIAL CASE MANAGEMENT CONFERENCE VIA TELEPHONE; PROPOSED ORDER THEREON**

on the interested parties in said cause, by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Sidney J. Cohen
Sidney J. Cohen Professional Corporation
427 Grand Avenue
Oakland, CA 94610
510-893-6682
**Attorney for Plaintiff**

___ **(BY MAIL)** I placed each such sealed envelope, with postage fully prepaid for first-class mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of the law office of Abbey, Weitzenberg, Warren & Emery for processing of mail, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for processing.

___ **(BY OVERNIGHT MAIL SERVICE)** I caused each such envelope to be delivered by overnight mail service to the addressee(s) noted above.

___ **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the addressee(s) noted above.

___ **(BY FACSIMILE)** I caused the said document to be transmitted by facsimile to the number indicated after the address(es) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on December ____, 2005 at Santa Rosa, California.


_____
Lori Kolacek

-3-