1  SIDNEY J. COHEN, ESQ., State Bar No. 39023
   SIDNEY J. COHEN PROFESSIONAL CORPORATION
2  427 Grand Avenue
   Oakland, CA 94610
3  Telephone: (510) 893-6682

4  Attorneys for Plaintiff
   HOLLYNN DELIL
5

6                  UNITED STATES DISTRICT COURT

7                 NORTHERN DISTRICT OF CALIFORNIA

8  HOLLYNN DELIL                          CASE NO. C 04-3660 BZ
                                          Civil Rights
9        Plaintiff,

10 v.

11 LOS ROBLES LODGE; LOS ROBLES            STIPULATION AND [PROPOSED]
   RESTAURANT; INDERJIT KALIA; JOY         ORDER TO CONTINUE CASE
12 MUKHERJI; MCHUGH PROPERTIES,            MANAGEMENT CONFERENCE
   LLC.; and DOES 1-25, Inclusive,
13                                                 (FRCP 15)
         Defendants.
14 _____/

Stipulation And [Proposed] Order To
Continue Case Management Conference

1   For the reasons set forth in the parties' Case Management Statements filed in this
2   action, the parties to this action, through their counsel, hereby stipulate to an order continuing the
3   presently scheduled December 12, 2005 Case Management Conference to March 27, 2006 or as
4   soon thereafter as fits the court's schedule.

5   The parties submit that good cause exists for granting the requested continuance
6   for at least the following reasons:

7   1.   On November 30, 2005, the court signed an order permitting plaintiff to file
8   a Third Amended Complaint. On December 1, 2005, plaintiff filed her Third Amended Complaint
9   which added Los Robles Shopping Center, LLC as a defendant. Thus, the present defendants in the
10  action are Los Robles Lodge, Los Robles Restaurant, Inderjit Kalia, Joy Mukherji, and Los Robles
11  Shopping Center, LLC. The Third Amended Complaint was served on all defendants on December
12  1, 2005, and Defendants' responses are not due until on or about December 24, 2005.

13  2.   Pursuant to Stipulation (Docket item #31), Plaintiff and Defendants Los
14  Robles Lodge, Los Robles Restaurant, Inderjit Kalia, and Joy Mukherji are engaged in a settlement
15  process which may resolve all or a substantial portion of the litigation within the next few months.

16  This Stipulation may be signed in counterparts and a facsimile signature shall be as
17  binding as an original.

18  Date: 12/8/05

SIDNEY J. COHEN
PROFESSIONAL CORPORATION

_____
Sidney J. Cohen, Esq.
Attorney for Plaintiff Hollynn Delil

22  Date: 12/8/05

ABBEY, WEITZENBERG, WARREN,
& EMERY

_____
Lewis R. Warren, Esq.
Attorney for Defendants Los Robles
Lodge, Los Robles Restaurant, Inderjit
Kalia, and Joy Mukherji.

27  //
28

Stipulation And [Proposed] Order To
Continue Case Management Conference        -1-

1 | Date: 12/8/05

NIXON PEABODY LLP

Bruce E. Copeland, Esq.
Attorney for Defendant Los Robles
Shopping Center, LLC

## ORDER

Pursuant to the foregoing Stipulation, and for GOOD CAUSE shown, the presently scheduled December 12, 2005 Case Management Conference is continued to Feb 27 2006 - 4pm

DATED:

Bernard Zimmerman
UNITED STATES MAGISTRATE JUDGE

Stipulation And [Proposed] Order To
Continue Case Management Conference                    -2-