UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| HOLLYNN DELIL,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>LOS ROBLES LODGE, et al.,<br><br>　　　　Defendant(s). | No. C04-3660 BZ<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND REFERRAL TO MEDIATION** |

Having reviewed the statements filed in anticipation of the case management conference scheduled for March 6, 2006, **IT IS HEREBY ORDERED** as follows:

1. The case management conference is continued to **June 12, 2006 at 4:00 p.m.**

2. This case is referred to the ADR Department to schedule a mediation within the next 30-60 days, if possible.

Dated: March 3, 2006

　　　　　　　　　　　　　　　　　／s／ Bernard Zimmerman
　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\DELIL\ORDER.CONTINUING.CMC.wpd

1