BRUCE E. COPELAND, State Bar No. 124888
LAURA L. CHAPMAN, State Bar No. 167249
NIXON PEABODY LLP
Two Embarcadero Center, Ste. 2700
San Francisco, CA 94111-3996
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

Attorneys for defendant
LOS ROBLES SHOPPING CENTER, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN DELIL,<br><br>               Plaintiff,<br><br>  vs.<br><br>LOS ROBLES LODGE, et al.,<br><br>               Defendants. | Case No. C 04-3660 BZ<br><br>**REQUEST TO ATTEND CASE MANAGEMENT CONFERENCE BY TELEPHONE; [PROPOSED] ORDER**<br><br>Date:        June 12, 2006<br>Time:       4:00 p.m.<br>Courtroom:  G |

     Pursuant to Local Rule of Civil Procedure 16-10(a), Bruce E. Copeland, counsel for defendant Los Robles Shopping Center, LLC, hereby requests to appear telephonically (415-984-8253) at the Case Management Conference scheduled in Courtroom G at 4:00 p.m. on June 12, 2006

     A copy of this request and proposed order has been served on counsel for all parties.

DATED:     April 6, 2006         Respectfully submitted,

                                                NIXON PEABODY LLP

                                                By:     */s/ Bruce E. Copeland*
                                                        BRUCE E. COPELAND
                                                        LAURA L. CHAPMAN
                                                        Attorneys for Defendant
                                                        LOS ROBLES SHOPPING CENTER, LLC

1  [PROPOSED] ORDER

2  Having read the above request to attend the Case Management Conference by telephone, and
3  good cause appearing therefore:

4  IT IS HEREBY ORDERED that Bruce Copeland, counsel for defendant Los Robles Shopping
5  Center, LLC is hereby permitted to appear telephonically at the Case Management Conference
6  scheduled in Courtroom G at 4:00 p.m. on June 12, 2006.

8  DATED: April 7, 2006



Judge Bernard Zimmerman

**ORDER GRANTING REQUEST TO ATTEND BY TELEPHONE**
**CASE NO. C-04-3660 BZ**

-2-

S534579.1

# PROOF OF SERVICE

**CASE NAME:** Hollynn Delil v. Los Robles Lodge, et al.
**COURT:** US District Court – ND CA
**CASE NO.:** C-04-3660 BZ
**NP FILE:** 041979-2

I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is Nixon Peabody LLP, Two Embarcadero Center, Suite 2700, San Francisco, CA 94111-3996. On April 6, 2006, I served the following document(s):

**Request to Attend Case Management Conference by Telephone; [Proposed] Order**

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

  X  : By First-Class Mail — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, California, for mailing to the office of the addressee following ordinary business practices.

___: By Personal Service — I caused each such envelope to be given to a courier messenger to personally deliver to the office of the addressee.

___: By Overnight Courier — I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

___: By Facsimile — From facsimile number   at A.M./P.M., I caused each such document to be transmitted by facsimile machine, to the parties and numbers listed below, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration.

Addressee(s)

**See Attached Service List of Attorneys of Record**

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 6, 2006, at San Francisco, California.

                                          */s/ John S. Zic*
                                            John S. Zic

S454708.1

**SERVICE LIST – ATTORNEYS OF RECORD**
**Delil v. Los Robles Lodge, et al.**
**USDC N. Dist California Case No. C 04-3660 BZ**

| | |
|---|---|
| Sidney J. Cohen<br>Sidney J. Cohen Professional Corporation<br>427 Grand Avenue<br>Oakland, CA 94610 | Attorneys for plaintiff<br><br>Telephone: 510.893.6682<br>Facsimile: 510. 893.9450 |
| Lewis R. Warren<br>Abbey Weitzenberg Warren & Emery PC<br>100 Stony Point Road, Ste. 200<br>P.O. Box 1566<br>Santa Rosa, CA  95402-1566 | Attorneys for defendant Inderjit Kalia and Joy Mukherji<br><br>Telephone: 707-542-5050<br>Facsimile: 707-542-2589 |

S520825.1