ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
LEWIS R. WARREN, ESQ., State Bar 115411
100 Stony Point Road, Suite 200
P.O. Box 1566
Santa Rosa, CA 95402-1566
(707) 542-5050
(707) 542-2589 Fax
Attorneys for Defendants, INDERJIT KALIA and JOY MUKHERJI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN DELIL, <br><br> Plaintiff, <br><br> v. <br><br> LOS ROBLES LODGE; LOS ROBLES RESTAURANT; INDERJIT KALIA; JOY MUKHERJI; CHOICE HOTELS INTERNATIONAL, INC.; MCHUGH PROPERTIES, LLC; and DOES 1-25, Inclusive, <br><br> Defendants. | Case No. C 04-3660 BZ <br><br> <u>Civil Rights</u> <br><br> **REQUEST TO ATTEND CASE MANAGEMENT CONFERENCE VIA TELEPHONE;** ~~PROPOSED~~ **ORDER THEREON** <br><br> **Date: June 12, 2006** <br> **Time: 4:00 p.m.** <br> **Courtroom: G** <br><br> [L.R.C.P. 16-10(a)] |

Pursuant to Local Rule of Civil Procedure 16-10(a), Lewis Warren, counsel for Defendants, INDERJIT KALIA and JOY MUKHERJI, hereby requests to appear telephonically [(707) 542-5050] at the Case Management Conference scheduled in Courtroom G at 4:00 p.m. on June 12, 2006.

Said counsel hereby served a copy of this request on counsel for all parties.

Dated: April 4, 2006     ABBEY, WEITZENBERG,
                          WARREN & EMERY, P.C.


                          By _____/s/_____
                             Lewis R. Warren
                             Attorneys for Defendants,
                             Inderjit Kalia and Joy Mukherji

-1-

# ORDER

Having read the above request to attend the Case Management Conference via telephone, and good cause appearing therefor,

IT IS HEREBY ORDERED that Lewis Warren, counsel for Defendants is hereby permitted to appear telephonically at the Case Management Conference scheduled in Courtroom G at 4:00 p.m. on June 12, 2006.

Dated: April 7, 2006



IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050 Facsimile (707) 542-2589

-2-

# PROOF OF SERVICE

I am a citizen of the United States and employed in the County of Sonoma, California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is 100 Stony Point Road, Suite 200, Santa Rosa, California 95401.

On the date below, I served the following document(s):

**REQUEST TO ATTEND INITIAL CASE MANAGEMENT CONFERENCE VIA TELEPHONE; PROPOSED ORDER THEREON**

on the interested parties in said cause, by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Sidney J. Cohen
Sidney J. Cohen Professional Corporation
427 Grand Avenue
Oakland, CA 94610
510-893-6682
**Attorney for Plaintiff**

Bruce E. Copeland
Nixon Peabody LLP
Two Embarcadero Center, Ste. 2700
San Francisco, CA 94111-3996
415-984-8200
**Attorneys for Defendant, Los Robles Shopping Center, LLC**

___ **(BY MAIL)** I placed each such sealed envelope, with postage fully prepaid for first-class mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of the law office of Abbey, Weitzenberg, Warren & Emery for processing of mail, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for processing.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on April 5, 2006, at Santa Rosa, California.

_____/s/_____
Lori Kolacek

-3-