**Sidney J. Cohen**
ATTORNEY AT LAW
A PROFESSIONAL CORPORATION
427 GRAND AVENUE
OAKLAND, CALIFORNIA 94610

(510) 893-6682
FAX (510) 893-9450

May 19, 2006

Honorable Bernard Zimmerman
U.S. District Court, Northern District
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    Delil v. Los Robles Lodge, et. al.
            Case No. C 04-3660 BZ
            **Request To Vacate The June 12, 2006**
            **Case Management Conference**

Dear Judge Zimmerman:

      As you know, the parties have resolved the Injunctive Relief aspect of this lawsuit by a "Consent Decree And Order For Injunctive Relief Only" (docket item 64) and have resolved the remaining aspects of the litigation (damages and attorney's fees, litigation expenses, and costs) at a subsequent mediation (docket item 66).

      The settlement of the damages and attorney's fees, litigation expenses, and costs aspect of the lawsuit requires payment by no later than July 8, 2006. If and when payment is made, Plaintiff will dismiss this aspect of the lawsuit with prejudice.

      In view of the resolution of all aspects of the lawsuit, we are requesting that the Court vacate the presently scheduled June 12, 2006 Case Management Conference so that the parties can avoid the additional fees and costs that otherwise would be incurred.

                                              Very truly yours,

                                              SIDNEY J. COHEN
                                              PROFESSIONAL CORPORATION
                                              /s/ Sidney J. Cohen
                                              Sidney J. Cohen
                                              Attorney for Plaintiff


GRANTED
Judge Bernard Zimmerman

                                              CMC continued to July 24, 2006 at 4:00 p.m.

                                              6/5/2006

Case 3:04-cv-03660-BZ Document 68 Filed 05/05/2006 Page 2 of 2