1  SIDNEY J. COHEN, ESQ., State Bar No. 39023
   SIDNEY J. COHEN PROFESSIONAL CORPORATION
2  427 Grand Avenue
   Oakland, CA 94610
3  Telephone: (510) 893-6682

4  Attorneys for Plaintiff
   HOLLYNN DELIL

5

6

7                    UNITED STATES DISTRICT COURT

                     NORTHERN DISTRICT OF CALIFORNIA
8

9  HOLLYNN DELIL                              CASE NO. C 04-3660 BZ
                                               <u>Civil Rights</u>
           Plaintiff,
10
   v.
11
                                               **STIPULATION AND ORDER**
   LOS ROBLES LODGE; LOS ROBLES                **FOR DISMISSAL OF DAMAGES AND**
12 RESTAURANT; INDERJIT KALIA; JOY             **ATTORNEY'S FEES AND COSTS**
   MUKHERJI; LOS ROBLES SHOPPING                **ASPECTS OF THE LAWSUIT**
13 CENTER, LLC.; and DOES 1-25,
   Inclusive,
14
                                               FRCP 41 (a) (1) (ii).
           Defendants.
15 _____/

16

Stipulation And Order For Dismissal Of Damages And
Attorney's Fees And Costs Aspects Of The Lawsuit

1  Plaintiff Hollynn Delil and defendants Los Robles Lodge, Los Robles Restaurant,
2  Inderjit Kalia, Joy Mukherji, and Los Robles Shopping Center, LLC. , by and through their
3  attorneys of record, file this Stipulation of Dismissal pursuant to Federal Rule of Civil
4  Procedure section 41 (a) (1) (ii).
5  Plaintiff filed this lawsuit on August 30, 2004.
6  Plaintiff Hollynn Delil and defendants Inderjit Kalia and Joy Mukherji have entered
7  into a "Settlement Agreement And Mutual Release In Full Of All Claims And Rights For
8  Damages And Attorney's Fees And Costs" which settles all damages and attorney's fees
9  aspects of the lawsuit. The "Settlement Agreement And Mutual Release In Full Of All Claims
10 And Rights For Damages And Attorney's Fees And Costs" is incorporated by reference herein
11 as if set forth in full. The parties stipulate to the court retaining jurisdiction to enforce the
12 "Settlement Agreement And Mutual Release In Full Of All Claims And Rights For Damages
13 And Attorney's Fees And Costs."
14 Plaintiff Hollynn Delil moves to dismiss with prejudice the damages and attorney's fees
15 and costs aspects of the lawsuit against all defendants.
16 Defendants, who have answered the complaint, agrees to the dismissal with prejudice.
17 This case is not a class action, and no receiver has been appointed.
18 This Stipulation and Order may be signed in counterparts, and facsimile signatures shall
19 be as valid and binding as original signatures..
20 Wherefore, plaintiff Hollynn Delil and defendants Los Robles Lodge, Los Robles
21 Restaurant, Inderjit Kalia, Joy Mukherji, and Los Robles Shopping Center, LLC, by and
22 through their attorneys of record, so stipulate.

23 Date: 6/19/06

SIDNEY J. COHEN
PROFESSIONAL CORPORATION

/s/ Sidney J. Cohen
_____
Sidney J. Cohen
Attorney for Hollynn Delil

27 //

Stipulation And Order For Dismissal Of Damages And
Attorney's Fees And Costs Aspects Of The Lawsuit          -1-

| | |
|---|---|
| Date: 6/23/06 | ABBEY, WEITZENBERG, WARREN, & EMERY |
| | /s/ Lewis R. Warren |
| | _____ |
| | Lewis R. Warren<br>Attorney for Defendants Los Robles Lodge, Los Robles Restaurant, Inderjit Kalia, and Joy Mukherji |
| Date: 6/29/06 | NIXON PEABODY |
| | /s/ Robert K. Carrol |
| | _____ |
| | Robert K. Carrol<br>Attorney for Los Robles Shopping Center LLC |

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:

The damages and attorney's fees and costs aspect of the lawsuit is dismissed with prejudice. The clerk shall close the file.

Date: July 5, 2006

_____
Bernard Zimmerman
United States

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*
(Seal: United States District Court, Northern District of California)

Stipulation And Order For Dismissal Of Damages And
Attorney's Fees And Costs Aspects Of The Lawsuit         -2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation And Order For Dismissal Of Damages And
Attorney's Fees And Costs Aspects Of The Lawsuit     -3-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation And Order For Dismissal Of Damages And
Attorney's Fees And Costs Aspects Of The Lawsuit         -4-